PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY _____ D.C.

05 AUG 24  PM 12: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Premeria Berry | ) | Case No. 05-20280-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Premeria Berry, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release conditions as follows:

Notify current and future employer of nature of instant indictment if it is determined by Pretrial Services that there is a possible 3rd party risk

I consent to this modification of my release conditions and agree to abide by this modification.

_Premeria D. Berry_   8-24-05     _Stephanie K Denton_   8/24/05
Signature of Defendant         Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   _____
Signature of Defense Counsel           Date

[ ] The above modification of conditions of release is ordered, to be effective on 08-24-05

[ ] The above modification of conditions of release is <u>not</u> ordered.

_S. Thomas Anderson_   08-24-05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-25-05

(28)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT