IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /mb/ D.C.

05 SEP -7 PM 12: 06

**UNITED STATES OF AMERICA**

v.  No. 05-20280-05CDBRK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**TANYA W. FIELDS**

### ORDER CONTINUING ARRAIGNMENT AND
### SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The Defendant was not present for the scheduled hearing. The Court finds that in the interests of justice, this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, September 14, 2005 @ 9:30a.m. in Courtroom #5, 3rd Fl., Federal Building, 167 N. Main Street, Memphis, Tennessee.**

It is therefore ORDERED that the time period of **9/7/05** through, **9/14/05** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This **7th** day of September, 2005.

Diane K. Vescovo

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/9/05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CR-20280 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT